UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

PAUL BRYANT HAMILTON,              :
                                     :

                  Plaintiff,      :
                                     :          24-CV-2765 (JMF)

      -v-                         :
                                     :          ORDER

COMMISSIONER OF SOCIAL SECURITY,    :
                                     :

                  Defendant.    :

                                     :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's April 15, 2024 Order, ECF No. 5, the parties were required to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or a letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge within two weeks of the date on which Defendant enters an appearance.  Defendant entered an appearance on April 18, 2024.  *See* ECF No. 6.  To date, however, the parties have not filed any document indicating their consent (or lack thereof) to proceeding before the assigned Magistrate Judge.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 8, 2024**.

        SO ORDERED.

Dated: May 3, 2024
      New York, New York                  _____
                                       JESSE M. FURMAN
                                    United States District Judge