UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAULA BRYANT HAMILTON,

               Plaintiff,               24 **CIVIL** 2765 (JMF) (RWL)

     -v-                                               **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 15, 2024, that the action be, and hereby is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         August 15, 2024

                                                               **DANIEL ORTIZ**
                                                               **Acting Clerk of Court**

                                   **BY**

                                                                   **Deputy Clerk**